■ DOROTHY DIAMOND et al., Appellants, v GERALD ACKER, Respondent. —In a medical malpractice action, plaintiffs appeal from (1) an order of the Supreme Court, Nassau County, dated December 17, 1979, which, after a hearing, determined that service of process had not been effected upon the defendant and (2) a further order of the same court, dated December 19, 1979, which, upon the aforesaid determination, *inter alia,* dismissed the complaint. Orders reversed, without costs or disbursements, and action remitted to the Supreme Court, Nassau County, for a new hearing and determination in accordance herewith. The records of the Lydia E. Hall Hospital should have borne a certification or have been qualified by a witness as evidence before they were accepted by the court (see CPLR 4518,

subd [c]; *Nelson v X-Ray Systems,* 46 AD2d 995; *Ward v Thistleton,* 32 AD2d 846). Hopkins, J. P., Mangano, O'Connor and Weinstein, JJ., concur.